UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA WAYNE STRICKLAND,

    Plaintiff,

v.

MIGUEL BALDERAMA,

    Defendant.

CASE NO. 3:24-cv-05487-JCC-BAT

**ORDER CONDITIONALLY GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS**

This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Joshua Wayne Strickland is currently confined at the Pierce County Jail in Tacoma, Washington. On June 20, 2024, plaintiff submitted to this Court for filing a proposed prisoner civil rights complaint and an application to proceed with this action *in forma pauperis* ("IFP"). *See* Dkt. 1. However, plaintiff failed to submit a complete IFP Application and failed to submit the prison trust account statement required by 28 U.S.C. § 1915(a)(2). *Id.* On July 18, 2024, the Clerk sent plaintiff a letter advising him that his IFP Application was deficient and that he would need to correct the deficiency not later than August 19, 2024, or face dismissal of this action. Dkt. 5.

On August 12, 2024, plaintiff submitted a completed IFP application but has not submitted the prison trust account statement. Dkt. 7. However, plaintiff has submitted documents

explaining that he requested to the trust account statement from the Jail at the end of June 2024 and still has not received it. Dkt. 7-3; Dkt. 8.

The Court is aware that other plaintiffs seeking IFP designation, in unrelated cases, have encountered considerable difficulty in obtaining prison trust account statements from Jail officials, which has resulted in delays in cases moving forward. Given the difficulty the plaintiff in this case has experienced in obtaining a trust account statement from Jail officials, and given the Court's concern that plaintiff may be unable to correct his IFP deficiency in a reasonable amount of time in light of the apparently onerous process for obtaining such statements, the Court deems it appropriate to conditionally grant plaintiff's IFP application.

Based on the foregoing, the Court hereby **ORDERS** as follows:

(1) Plaintiff's application to proceed IFP (Dkt. 7) is **conditionally GRANTED** as plaintiff's declaration indicates he is unable to afford the Court's filing fee or give security therefore. As set forth below, an initial partial filing fee will be collected, and plaintiff is thereafter required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is satisfied.

Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed IFP, the agency having custody of the above-named Plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

Subsequently, if the prisoner's account exceeds $10.00, each month the agency having custody of the prisoner is directed to collect and forward payments equal to 20 percent of the

1  prisoner's preceding month's income credited to the prisoner's account. In the event that the
2  monthly payment would reduce the prisoner's account below $10.00, the agency should collect
3  and forward only that amount which would reduce the prisoner's account to the $10.00 level.
4  Please note this $10.00 limit does not apply to the initial partial filing fee described above.
5  Finally, the monthly payments should be collected and forwarded to the Court until the entire
6  filing fee ($350.00) for this matter has been paid.

7      (2)  Plaintiff should continue to pursue efforts to obtain his trust account statement
8  and he should submit the statement to the Court as soon as he is able to do so. Failure to submit
9  the statement during the course of this litigation may result in revocation of plaintiff's IFP
10 status.

11     (3)  The Clerk is directed to send a copy of this Order to plaintiff, to the financial
12 officer of this Court, to the agency having custody of plaintiff, and to the Honorable John C.
13 Coughenour.

15     DATED this 16th day of August, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER CONDITIONALLY GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND DIRECTING
INSTITUTION TO CALCULATE, COLLECT, AND
FORWARD PAYMENTS - 3