UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA WAYNE STRICKLAND , <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL BALDERAMA, <br><br> Defendant. | CASE NO. 3:24-cv-05487-JCC-BAT <br><br> **ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS,* **DKT. 21.** |

Plaintiff, a detainee at the Pierce County Jail in Tacoma, Washington filed a 42 U.S.C. § 1983 action. On August 18, 2024, the conditionally granted plaintiff leave to proceed *in forma pauperis* (IFP) on the grounds that while plaintiff submitted a completed IFP application he had not submitted the prison trust account statement. Dkt. 10.

On September 30, 2024, plaintiff submitted prison trust information that he obtained via a public records act request. Dkt. 21. Based upon this information, plaintiff moves the court to fully, rather than conditionally grant IFP status. *Id.* The Court has considered the motion and ORDERS:

1. Plaintiff's motion to fully proceed IFP (Dkt. 21) is **GRANTED.**

ORDER GRANTING MOTION TO PROCEED IN FORMA
PAUPERIS, DKT. 21. - 1

2. The Clerk shall provide a copy of this order to plaintiff and to the Honorable John C. Coughenour.

DATED this 1st day of October, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge