THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA WAYNE STRICKLAND, | CASE NO. C24-5487-JCC-BAT |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL BALDERAMA, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court adopts the R&R (Dkt. No. 28).

(2) Defendant Miguel Balderama's Motion to Dismiss (Dkt. No. 19) is GRANTED.

(3) Defendant Miguel Balderama is DISMISSED from this action with prejudice.

(4) The Clerk is DIRECTED to send copies of this Order to the parties.

//
//
//
//

DATED this 3rd day of December 2024.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE