THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA WAYNE STRICKLAND, | CASE NO. C24-5487-JCC-BAT |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL BALDERAMA, *et al.*, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court ADOPTS the R&R (Dkt. No. 32).

(2) Defendants Slothower's and NaphCare's motion to dismiss ("MTD") (Dkt. No. 25) is GRANTED in part and DENIED in part. The MTD is granted with respect to the claims against Defendant NaphCare and those claims are dismissed with prejudice. The MTD is denied only with respect to the claims against Defendant Slothower related to the failure to provide proper treatment and supplies for Plaintiff's incontinence. The MTD is granted with respect to all other claims against Defendant Slothower and those claims are dismissed with prejudice.

ORDER
C24-5487-JCC-BAT
PAGE - 1

(3) Plaintiff's motion to file a second amended complaint ("SAC") (Dkt. No. 27) is GRANTED in part and DENIED in part. The motion to file a SAC is granted with respect to the claims against Defendant Slothower related to the failure to provide proper treatment and supplies for Plaintiff's incontinence (Count II of the SAC only) and is denied in all other respects as either moot or, alternatively, as futile.

(4) Plaintiff's claims against Defendant PCJ are DISMISSED pursuant to 28 U.S.C. § 1915A as neither the amended complaint nor the proposed SAC state a claim against PCJ upon which relief may be granted.

(5) The Clerk is DIRECTED to send copies of this Order to Plaintiff, counsel for Defendants, and the Hon. Brian A. Tsuchida.

DATED this 10th day of February 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE