JUDGE JOHN C. COUGHENOUR
HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JOSHUA WAYNE STRICKLAND,<br><br>       Plaintiff,<br><br>   vs.<br><br>MIGUEL BALDERAMA, et al.,<br><br>       Defendants. | No. 3:24-CV-05487-JCC-BAT<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(a)(2) |

Based on the stipulated motion of Plaintiff, *pro se*, Joshua Strickland, and Defendant Jonathon Slothower, HSA, it is hereby **ORDERED, ADJUDED AND DECREED** that the above-captioned matter is dismissed with prejudice and without fees or costs to any party pursuant to Fed. R. Civ. P. 41(a)(2).

DONE IN OPEN COURT this 17th day of June 2025.

*/s/ John C. Coughenour*

_____
Honorable John C. Coughenour
United States District Judge



[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO DISMISS PURSUANT TO F.R.C.P. 41(a)(2) - 1

FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com